UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6103-CIV-GRAHAM/TURNOFF

DAVID KIMBERLEY HACKETT, et al.,

    Plaintiffs,

vs.

ELECTRONIC DATA SYSTEMS CORP.,

    Defendant.
_____/

FILED by _____ D.C.
FEB - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED** that Defendant's Motion to Compel Discovery from Non-Party, AutoNation, Inc., is hereby referred to **United States Magistrate Judge William C. Turnoff** to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of January, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge William C. Turnoff
    Paul Nettleton, Esquire
    Jessica Halperin, Esquire
    Mark Dearman, Esquire
    Scott Lieberman, Esquire

Rec'd in MIA Dkt FEB - 3 2000

Rec'd in MIA Dkt _____