UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6103-CIV-DLG
MAGISTRATE JUDGE TURNOFF

DAVID KIMBERLEY HACKETT, et al.,

       Plaintiffs,

v.

ELECTRONIC DATA SYSTEMS CORP.,

       Defendant.
_____/

## ORDER

This Cause comes before the Court on Non-Party AutoNation, Inc.'s ("AutoNation") Motion for Enlargement of Time to Respond to Defendant Electronic Data Systems Corporation's ("EDS") Motion to Compel (D.E. 3). The Court having reviewed the record and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Non-Party AutoNation, Inc.'s Motion for Enlargement of Time to Respond to Defendant Electronic Data Systems Corporation's Motion to Compel (D.E. 3) is GRANTED.

2. AutoNation shall produce all responsive documents not subject to a claim of privilege within thirty (30) days of this Order. For any documents withheld under a claim of privilege, AutoNation shall, within thirty (30) days of this order, produce a privilege log in compliance with Local Rule 26.1(G)(6)(b)(ii).

3. If, after inspection of the documents, EDS no longer wishes to pursue its Motion to Compel, it is instructed to promptly file a Motion to Withdraw its Motion to Compel Discovery (D.E. 1).



DONE AND ORDERED in Chambers, at Miami, Florida, this 9 day of FEB, 2000.

William C. Turnoff
United States Magistrate Judge

c:  Hon. Donald L. Graham
    Paul L. Nettleton, Esq.
    Mark L. Ornstein, Esq.
    Mark J. Dearman, Esq.