IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.

2000 MAR 20 PM 3: 33

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

DAVID KIMBERLEY HACKETT,
individually, and SAMUEL G. SWOPE,
individually as Assignees of Courtesy
Auto Group, Inc., a Florida corporation,

    Plaintiffs,
vs.

ELECTRONIC DATA SYSTEMS
CORPORATION, a foreign corporation,

    Defendant.

CASE NO. 00-6103
JUDGE GRAHAM
MAGISTRATE TURNOFF

**MOTION FOR ENLARGEMENT OF TIME TO PRODUCE RESPONSIVE DOCUMENTS**

COMES NOW, Non-Party, AutoNation, Inc. f/k/a Republic Industries, Inc. ("AutoNation"), by and through its undersigned attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the Southern District of Florida, hereby moves for an enlargement of time in which to produce all responsive documents and/or a privilege log. In support of this Motion, AutoNation states as follows:

1. On May 19, 1999 Defendant, Electronic Data Systems Corporation ("EDS"), served a subpoena on Non-party AutoNation requesting the production of certain documents.

2. While attempting to resolve the outstanding issues with EDS' counsel, AutoNation filed its response to the subject subpoena. Despite the ongoing attempts between counsel to resolve the discovery issues, EDS filed a Motion to Compel.

3. On February 9, 2000, the Court entered its order on EDS' Motion to Compel, providing AutoNation until March 9, 2000 to respond to the outstanding subpoena.

P:\D&Gdocs\D\RII\AutoNation\Hackett\pldg.m req addt time.wpd

4.      AutoNation has been locating responsive documents and to date, has begun to produce responsive documents to EDS' counsel.

5.      Additional time, however, is needed to locate any and all responsive documents. Further, as documents are located they will be produced.

6.      Accordingly, AutoNation requests an additional thirty (30) days from the date provided for in the February 9, 2000 Order, through and including, April 9, 2000, to produce the responsive documents, as well as a privilege log.

7.      This Motion is not filed to delay this matter and will not prejudice either party.

## MEMORANDUM OF LAW

Rule 6(b)(1), Federal Rules of Civil Procedure provides, in part, that:

> When by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order[.]

An application under Rule 6(b) normally will be granted in the absence of bad faith or prejudice to the adverse parties; Wright and Miller, Federal Practice and Procedure, Civil, §1165. While the Rules require the filing of this Motion prior to the expiration of the original production date, due to the death in the family of undersigned counsel's assistant, Judy Dew, this Motion was not timely filed. As set forth above, however, good cause exists for the Court to grant this Motion.

Non-Party, AutoNation, demonstrated good cause for an enlargement of time to respond to EDS' motion to compel, no prejudice will result from the enlargement. Accordingly, AutoNation's request for an enlargement should be granted.

WHEREFORE, Non-Party, AutoNation, Inc. f/k/a Republic Industries, Inc., respectfully requests this Court grant it an enlargement of time, through and including April 9, 2000, within which to respond to the outstanding subpoena, together with such other relief as this Court deems necessary, just, and proper.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by facsimile and U.S. Mail to Paul L. Nettleton, Esq., Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A., Attorneys for Defendant, 4000 NationsBank Tower, 100 S.E. 2nd Street, Miami, Florida 33131; and Jessica Halperin, Esq., Killgore, Pearlman, Stamp, Ornstein & Squires, Attorneys for Plaintiffs, Post Office Box 1913, Orlando, Florida 32802-1913, this 16th day of March, 2000.

Respectfully submitted,

DEARMAN & GERSON
*Attorneys for AutoNation, Inc.*
300 N.E. 82nd Avenue, Suite 110
Plantation, Florida 33324
Tel: (954) 915-8888
Fax: (954) 915-9191

By: _____
Mark J. Dearman
Florida Bar No. 982407