IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID KIMBERLEY HACKETT,
individually, and SAMUEL G. SWOPE,
individually as Assignees of Courtesy
Auto Group, Inc., a Florida corporation,

CASE NO. 00-6103
JUDGE GRAHAM
MAGISTRATE TURNOFF

**ORDER ON NON-PARTY, AUTONATION'S MOTION FOR ENLARGEMENT OF TIME TO PRODUCE RESPONSIVE DOCUMENTS**

Plaintiffs,
vs.

ELECTRONIC DATA SYSTEMS
CORPORATION, a foreign corporation,

Defendant.

THIS CAUSE coming on to be heard upon Non-Party, AutoNation, Inc. f/k/a Republic Industries, Inc.'s Motion for Enlargement of Time to Produce Responsive Documents, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion be and the same is hereby GRANTED. It is further

ORDERED AND ADJUDGED that Non-Party, AutoNation, shall have an additional 20 days to produce responsive documents or to produce a privilege log.

DONE AND ORDERED in Miami, Dade County, Florida, on this 23 day of March, 2000.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

Copies forwarded to:
Mark J. Dearman, Esquire
Jessica Halperin, Esquire
Paul L. Nettleton, Esquire

