UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-1065-CIV-GRAHAM

00-6103

**NOTICE**

DAVID KIMBERLEY HACKETT,
Individually and SAMUEL G. SWOPE,
etc.,

        Plaintiffs,

vs.

ELECTRONIC DATA SYSTEMS
CORPORATION, a foreign Corporation,

        Defendant.
_____/

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 6/2/2000 at 4:30 P.M. |

Hearing on Defendant, Electronic Data Systems Corporation's Motion To Compel Discovery From Non-Party Autonation, Inc. (D.E. 1).

5/14/2000
Date

William C. Turnoff
United States Magistrate Judge

cc:    Honorable Donald L. Graham
        Paul L. Nettleton, Esquire
        Jessica Halperin, Esquire
        Mark Dearman, Esquire
        Scott L. Lieberman, Esquire

