IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6103-CIV-DLG

Magistrate Judge Turnoff

Original Action Pending: In The
U.S. District Court, Middle District
of Florida, Orlando Division
Under Case No: 98-1065-CV-19-A

DAVID KIMBERLEY HACKETT, Individually
and SAMUEL G. SWOPE, individually as
Assignees of COURTESY AUTO GROUP, INC.,
a Florida Corporation,

    Plaintiffs,

vs.

ELECTRONIC DATA SYSTEMS CORPORATION,
a foreign Corporation,

    Defendant.
_____/

## DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S NOTICE OF MOOTNESS AND WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON AUTONATION, INC. F/K/A REPUBLIC INDUSTRIES, INC.

The Defendant, ELECTRONIC DATA SYSTEMS CORPORATION ("EDS"), by and through undersigned counsel, hereby gives notice to the Court that its motion to compel (D.E. 3) has been rendered moot by virtue of resolution of the underlying action and, therefore, EDS hereby withdraws its Motion to Compel Compliance with Non-Party Subpoena Served on Autonation, Inc., f/k/a Republic Industries, Inc. (D.E. 3). The Court, therefore, may dismiss this collateral proceeding.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 16th day of May, 2000, to Jessica Halperin, Esq., Killgore, Pearlman, Stamp, Ornstein & Squires, P.O. Box 1913, Orlando, Florida 32802-1913; Mark J. Dearman, Esq., Dearman & Gerson, Executive Pavilion, Suite 110, 300 N.W. 92nd Avenue, Plantation, Florida 33324; and Scott L. Lieberman, Esq., AutoNation USA, 110 S.E. 6th Street, 20th Floor, Fort Lauderdale, Florida 33301.

CARLTON, FIELDS, WARD, EMMANUEL,
   SMITH & CUTLER, P.A.
P.O. Box 019101
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Attorneys for Defendant EDS

By: _____
   PAUL L. NETTLETON
   Florida Bar Number 396583

2067400