**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6103-CIV-GRAHAM/TURNOFF

DAVID KIMBERLEY HACKETT, et al.,

    Plaintiffs,

vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

    Defendant.
_____/



FILED by _____ D.C.
AUG 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO CLOSE CASE

**THIS CAUSE** came before the Court upon Defendant's Notice of Mootness of Collateral Action.

**UPON REVIEW** the Court has determined that this case, which is a collateral discovery proceeding, should be CLOSED by the Clerk of Courts because the parties have resolved the issue underlying the action. *See* Notice of Mootness of Action. Accordingly, it is

**ORDERED AND ADJUDGED** that the instant cause is hereby CLOSED for administrative purposes in the Southern District of Florida and that any pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Paul Nettleton, Esquire
    Jessica Halperin, Esquire
    Mark Dearman, Esquire
    Scott Lieberman, Esquire